UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILINA AMERICA, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>CORNERSTONE APPAREL, INC., d/b/a PAPAYA CLOTHING, a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No: 2:17-cv-02478-AB-SK<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Honorable André Birotte Jr* |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed without prejudice and without an award of costs or fees to any party. Each party bear their costs and attorney fees.

IT IS SO ORDERED.

Dated: June 27, 2017

_____
The Honorable André Birotte Jr
United Stated District Court Judge